UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GREGG SINGER, SING FINA CORP.,
and 9TH & 10TH STREET LLC,

        Plaintiffs,

-against-

THE CITY OF NEW YORK, THE
NEW YORK CITY DEPARTMENT OF
BUILDINGS, THE GREENWICH VILLAGE
SOCIETY FOR HISTORIC PRESERVATION
and BILL DE BLASIO, ROSIE MENDEZ,
CARLINA RIVERA, ANDREW BERMAN,
and AARON SOSNICK, in their individual and
official capacities, and JOHN AND JANE DOE
1-100, whose identities are unknown at present,

        Defendants.
-------------------------------------------------------X

Case No.: 1:18-cv-00615

**NOTICE OF MOTION TO ALTER OR AMEND THE JUDGMENT TO ALLOW LEAVE TO AMEND THE COMPLAINT**

    Plaintiffs Gregg Singer, Singa Fina Corp., and 9th and 10th Street LLC ("Plaintiffs") hereby move pursuant to Rules 59(e), 60(b)(1), and/or 60(b)(6) of the Federal Rules of Civil Procedure, to alter or amend the Court's Order dated September 30, 2019 (ECF No. 101), in order to grant Plaintiffs leave to amend their Complaint pursuant to Federal Rules of Civil Procedure 15(a). In support of this Motion, Plaintiff submits a Memorandum in Support and the accompanying Exhibit A contemporaneously herewith.

Dated: Garden City, New York
       October 28, 2019

                            **GERSTMAN SCHWARTZ, LLP**
                    By: */s/ Randy E. Kleinman*
                        Randy E. Kleinman, Esq.
                        1399 Franklin Avenue, Suite 200
                        Garden City, New York 11530
                        Tel. No.: (516) 880 – 8170
                        rkleinman@GerstmanSchwartz.com
                        *Attorneys for Petitioner*