# GERSTMAN SCHWARTZ LLP
ATTORNEYS AT LAW

February 23, 2021

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Gregg Singer, Sing Fina Corp. and 9th & 10th Street LLC v. The City of New York et al.*, Docket No.: 1:18-cv-00615

## Letter To The Court

Dear Judge Gardephe:

    The undersigned represents Gregg Singer, Sing Fina Corp., and 9th & 10th Street LLC ("Plaintiffs"). This letter is submitted, alerting this Court that more than ninety (90) days have passed without oral argument being scheduled or a decision rendered on Plaintiffs' Motion to Reconsider. Because more than ninety (90) days have passed and the foregoing Motion to Reconsider remains outstanding, Plaintiffs, as the movants, are required to submit this letter informing the Court of this passage of time.

    Thank you for Your Honor's consideration.

Respectfully submitted,

Randy E. Kleinman, Esq.

CC:    All Counsel of Record