大成 DENTONS

Ilya Schwartzburg

ilya.schwartzburg@dentons.com
D   +1 212-398-5295

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> **MEMO ENDORSED**
>
> The Application is granted.
>
> SO ORDERED:
>
> *Paul G. Gardephe*
> Paul G. Gardephe, U.S.D.J.
>
> Dated: June 20, 2021

June 17, 2021

**VIA ECF**

Honorable Paul G. Gardephe
United State District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York  10007

Re:   ***Singer et al. v. The City of New York, et al.*, Case No. 1:18-cv-00615**

Dear Judge Gardephe:

Dentons US LLP represents Defendant Aaron Sosnick in the above-referenced action. As of June 18, 2021, I will no longer be associated with the law firm of Dentons US LLP and thus no longer serve as counsel.

Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Dentons US LLP will continue to represent Defendant in this action.

Respectfully submitted,

*/s/ Ilya Schwartzburg*
Ilya Schwartzburg

cc:   All counsel of record (via ECF)

**Davis Brown** ► **East African Law Chambers** ► **Eric Silwamba, Jalasi and Linyama** ► **Durham Jones & Pinegar** ► **LEAD Advogados** ► **Rattagan Macchiavello Arocena** ► **Jiménez de Aréchaga, Viana & Brause** ► **Lee International** ► **Kensington Swan** ► **Bingham Greenebaum** ► **Cohen & Grigsby** ► **Sayarh & Menjra** ► **Larraín Rencoret** ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms